**Motion Granted; Order filed January 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00844-CV

_____

### ALEXANDER OIL COMPANY, Appellant

### V.

### JOHNNY CLINE; CLINE FUELS, INC.; GULFTECH MARKETING, LP; JAMES L. AHERN, JR.; AND YELLOW BILL, LLC, Appellees

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2012-53723**

## ORDER

This is an appeal from a judgment signed June 28, 2018. On October 23, 2018, this court abated the appeal and ordered the parties to conduct mediation. On December 21, 2018, appellant filed a motion in which it notified this court that appellant and appellees, Johnny Cline and Cline Fuels, Inc., have settled their dispute. Appellant moved to dismiss appellees Johnny Cline and Cline Fuels, Inc. from the appeal. *See* Tex. R. App. P. 42.1. The appeal is reinstated and the motion is

granted. Accordingly, appellees, Johnny Cline and Cline Fuels, Inc., are ordered dismissed from the appeal.

The style of the case shall now read *Alexander Oil Company v. Gulftech Marketing, LP; James L. Ahern, Jr.; and Yellow Bill, LLC*. The record is due to be filed in this court 30 days from the date of this order.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.